UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. No. S-06-487 FCD |
| v. | ) | |
| | ) | |
| TIMOTHY TRUONG | ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
      (X) Ad Prosequendum                           () Ad Testificandum

Name of Detainee:   TIMOTHY TRUONG
Detained at (custodian): Sutter County Jail, 1077 Civic Center Blvd., Yuba City, CA 95993

Detainee is:     a.)   (X) charged in this district by:   (X) Indictment   () Information   () Complaint
                          charging detainee with: 18 U.S.C. § 1029(a)(3) - Counterfeit of Unauthorized Access Devices
   or     b.)   () a witness not otherwise available by ordinary process of the Court

Detainee will:     a.)   (X) return to the custody of detaining facility upon termination of proceedings
   or     b.)   () be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary <u>forthwith</u> in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ Matthew D. Segal |
| Printed Name & Phone No: | Matthew D. Segal (916) 554-2708 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
      (X) Ad Prosequendum                           () Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, on FORTHWITH, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: December 8, 2006.

_____
United States Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | Timothy Lam Cheung, Vincent Trinh, Tuan Thanh Tang & Bo Chen | Male | |
| Booking or CDC #: | 62575 | DOB: XX-XX-1964 | |
| Facility Address: | Sutter County Jail, 1077 Civic Center Blvd., Yuba City, CA 95993 | Race: Asian   FBI #: | |
| Facility Phone: | 530-822-7300 | | |
| Currently Incarcerated For: | CA Vehicles Codes: 2800.2(a); 20001(a); 12500(a) and 21453(c) | | |

### RETURN OF SERVICE

Executed on _____     By: _____
                                                                             (Signature)