1  **STEVEN D. BAUER**
Attorney at Law - SBN 50084
2  428 J Street - Suite 350
Sacramento, California 95814
3  Telephone: (916) 447-8262

4  Attorney for Defendant: **TIMOTHY TRUONG**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Crim. S-06-487 FCD |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER THEREON** |
| **TIMOTHY TRUONG**, | |
| Defendant, | (Continuing Status to April 16, 2007) |

It is hereby stipulated between counsel for the government and the defendant that the status conference scheduled for February 26, 2007 may be continued to April 16, 2007 at 10:00 a.m. This continuance is necessary to allow the parties to explore the possibility of a global settlement of pending charges against the defendant in multiple jurisdiction. The defendant has been consulted and agrees to this continuance. It is further stipulated that the time between now and April 16, 2007 may be excluded pursuant to the provisions of Local Code T-4.

///
///
///
///
///

Dated:  February 16, 2007

/ s / Matthew Segal

**MATTHEW SEGAL**
Assistant United States Attorney

Dated:  February 16, 2007

/ s / Steven D. Bauer
**STEVEN D. BAUER**
Attorney for Defendant

For Good Cause Appearing **IT IS SO ORDERED**

Dated: February 16, 2007

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE