**STEVEN D. BAUER**
Attorney at Law - SBN 50084
428 J Street - Suite 350
Sacramento, California 95814
Telephone: (916) 447-8262
E-mail: baueresq@sbcglobal.net

Attorney for Defendant: **TIMOTHY TRUONG**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **TIMOTHY TRUONG**, ) <br> ) <br> Defendant, ) <br> _____ ) | Crim. S 06-487 FCD <br><br> **STIPULATION AND ORDER THEREON** <br><br> (Continuing Status to 5/7/07) |

It is hereby stipulated between counsel for the government and the defendant that the status conference presently scheduled for April 16, 2007 may be continued to May 7, 2007 at 10;00 a.m. This continuance is requested because the parties are attempting to resolve this case as well as one in another District. The government has not received, and been able to discover to the defense the records related to the out of district matter.

In light of the foregoing, additional time will be required in order for the defense to prepare. See 18 U.S.C. § 3161(h)(8)(A) and 3161(h)(8)(B)(iv). Local Code T-4.

Dated: April 13, 2007                                    Dated: April 13, 2007

/ s / Matthew Segal                                       / s / Steven D. Bauer

**MATTHEW SEGAL**                                 **STEVEN D. BAUER**
Assistant United States Attorney                    Attorney for Defendant

(Order on Following Page)

For Good Cause Appearing, **IT IS SO ORDERED**

Dated: April 13, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE