1  **STEVEN D. BAUER**
Attorney at Law - SBN 50084
2  428 J Street - Suite 350
Sacramento, California 95814
3  Telephone: (916) 447-8262
E-mail: baueresq@sbcglobal.net
4
Attorney for Defendant: **TIMOTHY TRUONG**
5

6

7               IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 **UNITED STATES OF AMERICA,**         )   Crim. S 06-0487 FCD
                                         )
11              Plaintiff,               )
                                         )   **STIPULATION AND ORDER**
12       v.                              )   **THEREON**
                                         )
13 **TIMOTHY TRUONG**,                   )   (Continuing Status to 6/4/07)
                                         )
14              Defendant,               )
                                         )
15

16     It is hereby stipulated between counsel for the government and the defendant that

17 the status conference presently scheduled for May 7, 2007 may be continued to

18 June 4, 2007 at 10;00 a.m. This continuance is requested because the parties are

19 attempting to resolve this case as well as one in another District. The government has not

20 received, and been able to discover to the defense the records related to the out of district

21 matter. Additionally, the existence of more discovery in this case has come to light.

22     In light of the foregoing, additional time will be required in order for the defense

23 to prepare. See 18 U.S.C. § 3161(h)(8)(A) and 3161(h)(8)(B)(iv). Local Code T-4.

24 Dated: May 3, 2007                         Dated: May 3, 2007

25 / s / Matthew Segal                        / s / Steven D. Bauer

26 **MATTHEW SEGAL**                          **STEVEN D. BAUER**
   Assistant United States Attorney           Attorney for Defendant

27 (Order on Following Page)

28

**IT IS SO ORDERED.**

Dated: May 3, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE