1   **STEVEN D. BAUER**
Attorney at Law - SBN 50084
2   428 J Street - Suite 350
Sacramento, California 95814
3   Telephone: (916) 447-8262
E-mail: baueresq@sbcglobal.net
4
Attorney for Defendant: **TIMOTHY TRUONG**
5

6

7
                    **IN THE UNITED STATES DISTRICT COURT**
8
                  **FOR THE EASTERN DISTRICT OF CALIFORNIA**
9

10
**UNITED STATES OF AMERICA,**          )          2:06-cr-0487 FCD
11                                      )
                         Plaintiff,    )
12                                      )   **STIPULATION AND ORDER**
                    v.                 )            **THEREON**
13                                      )
**TIMOTHY TRUONG**,                     )      (Continuing Status to 8/6/07)
14                                      )
                         Defendant,    )
15  _____   )

16        It is hereby stipulated between counsel for the government and the defendant that

17   the status conference presently scheduled for July 23, 2007 may be continued to August

18   6, 2007 at 10;00  a.m. This continuance is requested because the parties are attempting

19   to resolve this case as well as one in another District.  The government has recently

20   discovered to the defense a compilation of losses for several judicial districts.  Counsel

21   needs the requested continuance to review this discovery with the defendant and for the

22   parties to prepare and review a plea agreement.

23        In light of the foregoing, additional time will be required in order for the defense

24   to prepare. See 18 U.S.C. § 3161(h)(8)(A) and 3161(h)(8)(B)(iv). Local Code T-4.

25   ///

26   ///

27   ///

28   (Signatures and Order on Following Page)

1   Dated:  July 20, 2007                 Dated:   July 20, 2007

2   / s / Matthew Segal                 / s / Steven D. Bauer

3   **MATTHEW SEGAL**            **STEVEN D. BAUER**
    Assistant United States Attorney       Attorney for Defendant

4

5

6      **IT IS SO ORDERED.**

7   Dated: July 20, 2007

8

9

10            FRANK C. DAMRELL, JR.
            UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28