**STEVEN D. BAUER**
Attorney at Law - SBN 50084
428 J Street - Suite 350
Sacramento, California 95814
Telephone: (916) 447-8262
E-mail: baueresq@sbcglobal.net

Attorney for Defendant: **TIMOTHY TRUONG**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Crim. S 06-487 FCD |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER THEREON** |
| **TIMOTHY TRUONG**, | (Continuing Sentencing to 2/19/08) |
| Defendant, | |

It is hereby stipulated between counsel for the government and the defendant that the sentencing presently scheduled for January 22, 2008 may be continued to February 19, 2008 at 10:00a.m. This continuance is requested to allow probation additional time to prepare the draft pre-sentence report.

.Dated:  January 8, 2008                              Dated:   January 8, 2008

/ s / Matthew Segal                                      / s / Steven D. Bauer

**MATTHEW SEGAL**                                **STEVEN D. BAUER**
Assistant United States Attorney             Attorney for Defendant

**IT IS SO ORDERED**

Dated: January 9, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE