1 **STEVEN D. BAUER**
Attorney at Law - SBN 50084
2 428 J Street - Suite 350
Sacramento, California 95814
3 Telephone: (916) 447-8262
E-mail: baueresq@sbcglobal.net
4
Attorney for Defendant: **TIMOTHY TRUONG**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Crim. S-06-0487 FCD |
| Plaintiff, | **AMENDED STIPULATION AND ORDER THEREON** |
| v. | |
| **TIMOTHY TRUONG**, | (Continuing Sentencing to 4/7/08) |
| Defendant, | |

It is hereby stipulated between counsel for the government and the defendant that the sentencing presently scheduled for February 19, 2008 may be continued to April 7, 2008 at 10:00 a.m and amending the disclosure schedule as follows:

| | |
|---|---|
| Draft PSR | March 3, 2008 |
| Informal Objections | March 17, 2008 |
| Final PSR | March 24, 2008 |
| Judgement and Sentencing | April 7, 2008 |

This continuance is requested following consultation with the Probation Officer

(Signatures and Order on Following Page)

| | |
|---|---|
| Dated: February 22, 2008 | Dated: February 22, 2008 |
| / s / Matthew Segal | / s / Steven D. Bauer |
| **MATTHEW SEGAL**<br>Assistant United States Attorney | **STEVEN D. BAUER**<br>Attorney for Defendant |

For Good Cause Appearing

**IT IS SO ORDERED**

February 25, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE