# UNITED STATES DISTRICT COURT
## Eastern District of California

## Petition to Modify the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing, is on file)*

**Name of Offender:**   Timothy  Truong                **Docket Number:**   0972 2:06CR00487-01

**Name of Judicial Officer**:    Honorable Kimberly J. Mueller, United States District Judge

**Date of Original Sentence:**   10/14/2008

**Original Offense:** 18 U.S.C. § 1029(a)(3) – Counterfeit of Unauthorized Access Devices  (CLASS C FELONY)

**Original Sentence:** 120 months custody of the Bureau of Prisons; 36 months TSR; DNA collection; No firearms; $100 Special Assessment; $14,581.55 Restitution.

**Special Conditions:**

1. Warrantless search
2. Not dissipate assets
3. Financial disclosure
4. No new credit/debt
5. Gambling restrictions


**Type of Supervision:**    Supervised Release

**Date Supervision Commenced:**    Due to Commence 09/26/2017

**Other Court Actions:**  None.

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

6. The defendant have no contact, directly or indirectly, with any electronic device which communicates data via modem, nor shall the defendant have any contact with any electronic device which communicates data through a dedicated connection, except where explicitly allowed by the probation officer, and with the approval of and under supervision by a supervisor as a requirement of employment.  In addition, the defendant shall be prohibited from having Internet access during the defendant's period of supervision unless allowed by the probation officer.

7. If granted permission to use an electronic device, the defendant shall comply with the requirements of the U.S. Probation and Pretrial Services Computer Monitoring Program as directed.  The defendant shall consent to the U.S. Probation and Pretrial Services Office conducting ongoing monitoring of his/her computer(s), hardware, and software, and any/and all electronic devices/media.  The monitoring will include the installation, at the defendant's expense, of hardware or software systems that allow evaluation of his/her computer use.  Monitoring may also include the retrieval and copying of all data from his/her computer(s) or any/and all other electronic devices/media.  The defendant may be subject to quarterly polygraph testing at his/her expense, solely to ensure compliance with the requirements of the monitoring program.  The defendant hereby consents to U.S. Probation and Pretrial Services use of electronic detection devices to evaluate the defendant's access to Wi-Fi (wireless fidelity) connections.

   If granted permission to use a computer, the defendant shall notify the probation officer of all computer software owned or operated by the defendant at the commencement of supervision, and report any additional software purchase, acquisition, or use during the course of supervision.

8. The defendant shall not be self-employed nor shall the defendant be employed by friends, relatives, associates or persons previously known to the defendant, unless approved by the U.S. Probation Officer.  The defendant will not accept or begin employment without prior approval by the U.S. Probation Officer and employment shall be subject to continuous review and verification by the U.S. Probation Office.  The defendant shall not work for cash and the defendant's employment shall provide regular pay stubs with the appropriate deductions for taxes.

9. The defendant shall provide the probation officer with access to any requested financial information including authorization to conduct credit checks and obtain copies of the defendant's federal income tax returns.

10. The defendant shall disclose all assets and liabilities to the probation office.  The defendant shall not transfer, sell, give away, or otherwise convey any asset, without first consulting with the probation office.

11. The defendant shall maintain a single checking account in his or her name. The defendant shall deposit into this account all income, monetary gains, other pecuniary proceeds, and make use of this account for payment of all personal expenses. This account, and all other bank accounts, must be disclosed to the probation office.

12. The defendant shall participate in a gambling assessment and follow any recommended treatment. In addition, the defendant shall attend Gambler's Anonymous meetings if directed to do so by the defendant's probation officer.

13. The defendant shall participate as directed in the Moral Reconation Therapy program approved by the United States Probation and Pretrial Services Office. The defendant must contribute towards the cost of any program to the extent the defendant is financially able to do so, as determined by the U.S. Probation Officer.

14. Restitution in the amount of $14,581.55 is due immediately. Any unpaid amount is to be paid during the period of supervision in monthly installments of not less than $100 or 10% of his or her gross monthly household income, whichever is greater. Restitution payments shall being within 30 days of release from confinement.

**Justification:** The offender is presently in the custody of the Bureau of Prisons and has requested a transfer of supervision to the Western District of Washington upon his release. The probation office in that district conducted an investigation and will accept the offender's transfer provided the special conditions listed above are added to his supervised release conditions. On October 29, 2015, the offender voluntarily signed a Waiver of Hearing to Modify Condition of Supervised Release (PROB49), agreeing to add the special conditions.

Based on the above, it is recommended the Court modify the offender's conditions of supervision to include the above conditions.

Respectfully submitted,
/s/ Philip Y. Mizutani

**Philip Y. Mizutani**
**United States Probation Officer**
Telephone: (916) 930-4309

**DATED:** 12/14/2015

Reviewed by,
/s/ Glenn P. Simon for

**George A. Vidales**
**Supervising United States Probation Officer**

## THE COURT ORDERS:

☒  Modification approved as recommended.

☐  Modification not approved at this time.  Probation Officer to contact Court.

☐  Other

DATED:  December 28, 2015.

 

_____
UNITED STATES DISTRICT JUDGE

CC:

United States Probation

Assistant United States Attorney: Matthew D. Segal

Defense Counsel: Steven D. Bauer